IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

HEZEKIAH PINSON,

                                                                                  ORDER

                Plaintiff,

                                                                 19-cv-800-bbc

    v.

OFFICER JAUCH, OFFICER FOX, OFFICER GRAHN,
OFFICER HOLLINGSHEAD, OFFICER SEVERSON
AND OFFICER MUSSEY,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Pro se plaintiff and prisoner Hezekiah Pinson is proceeding on claims that six Janesville police officers violated his Fourth Amendment rights by stopping him without reasonable suspicion, arresting him without probable cause and using excessive force against him. He has filed a motion to compel defendants to respond to interrogatories and requests for production of documents that he sent them on May 15, 2020. Dkt. #31. Defendants have responded, stating that their responses to plaintiff's discovery requests were voluminous, and that they mailed their responses on June 22, 2020. Dkt. #33. Because plaintiff has now received the discovery he requested, I will deny his motion as moot. In addition, I will deny his request to impose a monetary sanction on defendants. Defendants' discovery response was only a few days late, and plaintiff suffered no prejudice as a result of the delay. If plaintiff had contacted defendants' counsel before filing his motion to compel, it is likely he would have realized his motion was unnecessary.

1

ORDER

IT IS ORDERED that plaintiff Hezekiah Pinson's motion to compel, dkt. #31, is DENIED.

Entered this 30th day of July, 2020.

BY THE COURT:

/s/

_____
BARBARA B. CRABB
District Judge