IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

HEZEKIAH PINSON,

     Plaintiff,

                                       Case No.  19-cv-800-bbc

  v.

JANESVILLE POLICE DEPT.
and SEAN JAUCH,

     Defendants.

## JUDGMENT IN A CIVIL CASE

     IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants dismissing this case.

| /s/ | 2/5/2021 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |